# EXHIBIT B

SAFFREN & WEINBERG
By: Marc A. Weinberg, Esq.
Atty. I.D. No. 60643
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046
Telephone: (215) 576-0100

**MAJOR NON-JURY**

*Attorney for Plaintiff*

<span style="color:red">Filed and Attested by the Office of Judicial Records 29 MAY 2026 10:47 am L. BREWINGTON</span>

| | |
|---|---|
| **VENETIA JACKSON**<br>2035 S. Red Field Street<br>Philadelphia, PA 19143 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>:MAY TERM, 2026 |
| vs. | :<br>: |
| **AVIS BUDGET, INC.**<br>6615 Norwitch Drive<br>Philadelphia, PA 19151 | :NO.:<br>:<br>: |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA COUNTY BAR ASSOCIATION
Lawyer Referral Service
  One Reading Center
  Philadelphia, PA 19103
  (215) 238-6300

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades o otros derechos importante para usted.

LLEVE ESTA DEMANDA A UN ABODADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE PARA PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
  Servicio De Referencia E Informacion Legal
  One Reading Center
  Philadelphia, PA 19107
  Telefono: (215) 238-6300

<span style="color:red">Case ID: 260503951</span>

SAFFREN & WEINBERG
By: Marc A. Weinberg, Esq.
Atty. I.D. No. 60643
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046
Telephone: (215) 576-0100

**MAJOR NON-JURY**

*Attorney for Plaintiff*

| | |
|---|---|
| **VENETIA JACKSON**<br>2035 S. Red Field Street<br>Philadelphia, PA 19143 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY<br>:<br>:MAY TERM, 2026 |
| vs. | :<br>: |
| **AVIS BUDGET, INC.**<br>6615 Norwitch Drive<br>Philadelphia, PA 19151 | :NO.:<br>:<br>: |

## CIVIL ACTION COMPLAINT
## 2O - WRONGFUL TERMINATION

Plaintiff, Venetia Jackson, by and through her attorney, Marc A. Weinberg, Esquire,

demands judgment against Defendants, Avis Budget, Inc., and states in support thereof as

follows:

1.    Plaintiff, Venetia Jackson, is an adult african-american female and a resident of

the Commonwealth of Pennsylvania, residing at the above-referenced address.

2.    Upon information and belief, Defendant, Avis Budget, Inc., is a corporation

and/or business entity, which maintains a principal place of business at 6615 Norwitch Drive,

Philadelphia, PA 19151.

3.    Beginning in or around, May of 2019, Plaintiff, Venetia Jackson, was hired as a

shuttle car driver by Defendant.

4.    On or about, December 2, 2025, Plaintiff was involved in a verbal altercation with

a co-worker, Ryan (last name unknown), who is a white male.

5.    In this altercation, Ryan referred to the Plaintiff as a "faggot" and threatened to

Case ID: 260503951

fight Plaintiff, stating "I'll f–k you up."

6.    On December 3, 2025, Plaintiff met with a human resources representative of Defendant, Jerome San Miguel, regarding the incident.

7.    Plaintiff informed San Miguel about what happened, however, Plaintiff was suspended without pay with the stated reason that Plaintiff "threatened Ryan.

8.    Not only was Plaintiff's version of events not considered, but Ryan was not suspended or reprimanded at all for the same incident.

9.    On or about, December 18, 2025, Plaintiff met with Michael Kennedy (the fleet chain manager) and San-Miguel, who informed Plaintiff that she was being terminated related to the incident of December 2, 2025.

10.    Notably, Plaintiff had no prior negative interactions with Michael Kennedy and at the time of her termination, Kennedy stated, "I don't want to let you go but I was told I have to do it."

11.    Plaintiff received a formal notice of termination in the mail on December 22, 2025.

12.    Since this time, Ryan told Plaintiff's friend and former coworker, Yaya, "Shut the f–k up, you're next."

13.    Plaintiff avers that her termination was in no way related to any wrongdoing of Plaintiff.

14.    The basis for Plaintiff's termination was purely pretextual in that Plaintiff performed her job related duties in a businesslike and satisfactory manner.

15.    Plaintiff's termination was wholly the result of her race and gender.

Case ID: 260503951

## COUNT I
## WRONGFUL TERMINATION
## VENETIA JACKSON V. AVIS BUDGET INC.

16.    Plaintiff incorporates the foregoing paragraphs as though fully set forth herein at length.

17.    At all times relevant hereto, the Defendant was acting by and through their agents, workmen, supervisors, directors and/or employees.

18.    As detailed above, Defendant acted unlawfully and in direct contravention of the laws and statutes of the Commonwealth of Pennsylvania including but not limited to laws against the wrongful termination of employees.

19.    Defendant has, at all times material hereto, acted willfully and with malice towards the Plaintiff.

20.    Plaintiff's termination was for the reasons stated herein above and in direct contravention of public policy.

21.    Defendant knew or reasonably should have known that the aforementioned conduct was in violation of public policy and the laws of the Commonwealth of Pennsylvania.

22.    As a direct result of the actions on the part of the Defendant discussed herein, Plaintiff has sustained loss of wages and earnings, loss of benefits, loss of future earning power, loss of back pay, front pay, interest due therein, as well as mental anguish emotional distress, humiliation, and damage to her reputation.

23.    Plaintiff was wrongfully terminated pursuant to the common law of Pennsylvania and protected pursuant to Shick v. Shirey, 716 A.2d 1231 (Pa.).

WHEREFORE, Plaintiff, Venetia Jackson, demands judgment against the Defendant, Avis Budget, Inc., in an amount in excess of $50,000.00, plus costs in this action and delay

Case ID: 260503951

damages pursuant to Pa.RCP 238.

## COUNT II
## VIOLATION OF 42 U.S.C. § 1981 OF THE 1866 CIVIL RIGHTS ACT
## VENETIA JACKSON V. AVIS BUDGET, INC.

24.    Plaintiff hereby incorporate by reference all of the aforementioned allegations set forth above.

25.    The conduct of Defendant and the treatment of Plaintiff in their employment violated 42 U.S.C. § 1981 of the 1866 Civil Rights Act as Claimants harassment, hostile work environment and discrimination was based upon their race and national origin.

WHEREFORE, Plaintiff, Venetia Jackson, demands judgment against the Defendant, Avis Budget, Inc., in an amount in excess of $50,000.00, plus costs in this action and delay damages pursuant to Pa.RCP 238.

## COUNT III
## VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000
## VENETIA JACKSON V. AVIS BUDGET, INC.

26.    Plaintiff hereby incorporate by reference all of the aforementioned allegations set forth above.

27.    The conduct of Defendant's treatment of Plaintiff in her employment violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000, *et seq.* as the aforementioned harassment, hostile work environment, retaliation and discrimination was based upon her race and national origin.

WHEREFORE, Plaintiff, Venetia Jackson, demands judgment against the Defendant, Avis Budget, Inc., in an amount in excess of $50,000.00, plus costs in this action and delay damages pursuant to Pa.RCP 238.

Case ID: 260503951

SAFFREN AND WEINBERG

DATE: 5-29-26

MARC A. WEINBERG
ATTORNEY FOR PLAINTIFF

Case ID: 260503951

# VERIFICATION

**Venetia Jackson,** hereby states that she is the Plaintiff in this matter and verifies that the statements made in the foregoing Civil Action Complaint are true and correct to the best of her knowledge, information and belief.  The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.C.S.A. Sec. 4904 relating to unsworn falsification to authorities.

Venetia Jackson (May 6, 2026 15:25:35 EDT)

**Venetia Jackson**

05/06/26
DATE:_____